UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KYLE SNAMISKA,<br>*Plaintiff* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 3:21-cv-0264 |
| | § | |
| DAVINDER SEKHON, et al,<br>*Defendant.* | §<br>§<br>§ | |

## ORDER GRANTING DEFENDANTS' AGREED MOTION
## TO EXTEND DEFENDANTS' EXPERT DESIGNATION DEADLINE

Defendants agreed motion to extend Defendants' time to extend time to disclose Defendants' economic expert is **GRANTED**. It is therefore;

**ORDERED** Defendants' deadline to designate an economic expert witness is extended until 30 days after the Court enters an order on Defendants' motion, to be filed no later than August 8, 2022, to strike Plaintiff's economic expert on the sole issue of the propriety of such an expert in this USERRA case.

SIGNED on this the _____ day of _____, 2022.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE

4878-9202-0012.2